**Electronically Filed
Supreme Court
SCWC-20-0000557
16-APR-2025
09:24 AM
Dkt. 23 OGAC**

SCWC-20-0000557

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MICHAEL C. GREENSPON,
Petitioner and Respondent/Plaintiff-Appellant,

vs.

CIT BANK, N.A. f/k/a ONEWEST BANK, FSB,
Respondent and Petitioner/Defendant-Appellee,

and

DAVID B. ROSEN, ESQ. and THE LAW OFFICE OF DAVID B. ROSEN, ALC,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000557; CASE NO. 2CC1410000379)

ORDER ACCEPTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner and Respondent/Plaintiff-Appellant Michael

C. Greenspon's Application for Writ of Certiorari, filed on

February 18, 2025, (Dkt. 1), and Respondent and

Petitioner/Defendant-Appellee First-Citizens Bank & Trust Company,

successor by merger to CIT Bank, N.A., f/k/a OneWest Bank N.A.,

f/k/a OneWest Bank N.A., FSB's Application for Writ of Certiorari, filed on February 21, 2025, (Dkt. 5), are hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case, subject to further order of the court.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, April 16, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

2